UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**KATY LORENA GRIMALDO-PRIETO**,

    *Plaintiff*,

v.

**PAMELA JO BONDI, UNITED STATES ATTORNEY GENERAL; KRISTI LYNN NOEM, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, ACTING DIRECTOR OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SYLVESTER M. ORTEGA, DIRECTOR FOR DETENTION AND REMOVAL, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN WAYMON BARRY, KARNES COUNTY DETENTION FACILITY; AND UNITED STATES DEPARTMENT OF HOMELAND SECURITY,**

    *Defendants*.

Case No. 5:25-CV-00815-JKP

## O R D E R

    Before the Court is Petitioner's Unopposed Motion for Voluntary Dismissal. *ECF No. 10*.

In the Unopposed Motion, Petitioner states:

> Pursuant to Fed. R. Civ. Proc. 41(a)(2), Petitioner Katy Lorena Grimaldo-Prieto hereby Moves for the Voluntary Dismissal of the above-entitled action. On or about August 21, 2025, the Petitioner was ordered removed from the United States. The Petitioner decided not to appeal the decision and accepted it as final. The respondents do not oppose this Motion.

*Id.*

2

In accordance with Federal Rule 41(a)(2), it is **ORDERED** Petitioner's Unopposed Motion for Voluntary Dismissal, (*ECF No. 10*) is **GRANTED**. The Clerk of Court is **DIRECTED** to terminate this case.

It is so ORDERED.
SIGNED this 26th day of August, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE